UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES LINTZ, Individually And On Behalf of All Others Similarly, Situated<br>   Plaintiff,<br>v.<br><br>AGRIA CORPORATION, GUANGLIN LAI, KENNETH HUA HUANG, GARY KIM TING YEUNG, ZHAOHUA QIAN, ZHIXIN XUE, GEOFFREY DUYK, JASMINE MARRERO, CREDIT SUISSE SECURITIES (USA) LLC, HSBC SECURITIES (USA) INC., PIPER JAFFRAY & CO., CIBC WORLD MARKETS CORP., and BROTHERS CAPITAL LIMITED,<br>   Defendants. | Case No. 1:08-CV-03536-WHP |
| JOSEPH R. LEBLANC, Individually And On Behalf of All Others Similarly, Situated<br>   Plaintiff,<br>v.<br><br>AGRIA CORPORATION, GUANGLIN LAI, KENNETH HUA HUANG, GARY KIM TING YEUNG, ZHAOHUA QIAN, ZHIXIN XUE, GEOFFREY DUYK, and BROTHERS CAPITAL LIMITED,<br>   Defendants. | Case No. 1:08-CV-03886-WHP |

[Additional Captions on Next Page]

CERTIFICATE OF SERVICE

| | |
|---|---|
| SANDY LODERMIER, Individually And On Behalf of All Others Similarly, Situated<br>          Plaintiff,<br>v.<br><br>AGRIA CORPORATION, GUANGLIN LAI, KENNETH HUA HUANG, GARY KIM TING YEUNG, ZHAOHUA QIAN, ZHIXIN XUE, GEOFFREY DUYK, TERRY MCCARTHY. JASMINE MARRERO, CREDIT SUISSE SECURITIES (USA) LLC, HSBC SECURITIES (USA) INC., PIPER JAFFRAY & CO., CIBC WORLD MARKETS CORP., and BROTHERS CAPITAL LIMITED,<br>          Defendants. | Case No. 1:08-CV-04456-WHP |

**Elaine Goodman hereby certifies that:**

I am employed with the firm of Pomerantz Haudek Block Grossman & Gross LLP in the County of New York, State of New York, and am over the age of 18 and not a party to the within action; my business address is 100 Park Avenue, New York, New York 10017.

On June 11, 2008, I caused to be served by first class mail a true and correct copy of the **Notice of Motion by Senquan Gao and Michael Lewis for consolidation of related class action complaints, appointment of Lead Plaintiffs and approval of Lead Counsel, together with the Memorandum of Law in Support of the Motion** upon the following counsel:

Mario Alba, Jr., Esq.
David Avi Rosenfeld, Esq.
Samuel Howard Rudman, Esq.
Coughlin, Stoia, Geller, Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
          and
Guri Ademi, Esq.
Ademi & O'Reilly, LLP
3620 East Layton Avenue
Cudahy, WI 53110

*Counsel for Plaintiff Joshua R. LeBlanc*

D. Seamus Kaskela, Esq.
Richard A. Maniskas, Esq.
David M. Promisloff, Esq.
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087

*Counsel for Plaintiff Charles Lintz*

                                                          Elaine Goodman