

**COUGHLIN STOIA GELLER RUDMAN & ROBBINS** LLP

SAN DIEGO • SAN FRANCISCO
NEW YORK • BOCA RATON
WASHINGTON, DC • HOUSTON
LOS ANGELES • PHILADELPHIA

Ramzi Abadou
ramzia@csgrr.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/27/2008

June 5, 2008

VIA FEDERAL EXPRESS

The Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street, Room 2210
New York, NY 10007



RECEIVED
JUN - 6 2008
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

Re: *Lintz v. Agria Corp., et al.*,
Case No. 1:08-cv-03536-WHP (and related cases)

Dear Judge Pauley:

My firm has recently been retained to represent certain shareholders who wish to make a motion for appointment as lead plaintiff in the above-referenced action. Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), this motion may be made by any class member who wishes to seek appointment as a lead plaintiff, whether or not they have previously filed a complaint in this action. The motion must be filed no later than 60 days following the publication of the first notice advising investors of the pendency of this action. 15 U.S.C. §§78u-4(a)(3)(A) and (B). This notice was issued on April 11, 2008; accordingly, our client must file its motion no later than Tuesday, June 10, 2008.

Your Honor's Individual Practices, however, require that "[f]or motions other than discovery motions, a pre-motion conference with the Court is generally required before making a motion." Because of the strict deadline imposed by the PSLRA, we respectfully request leave from complying with this practice so that we may file our motion on June 10, 2008.

Respectfully submitted,

RAMZI ABADOU

Application granted.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
6/26/2008

cc: Attached service list

655 West Broadway, Suite 1900 • San Diego, California 92101-8498 • 619.231.1058 • Fax 619.231.7423 • www.csgrr.com

