UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CHARLES LINTZ, Individually and On Behalf of
All Others Similarly Situated,

                Plaintiff,

v.

AGRIA CORPORATION, GUANGLIN LAI,
KENNETH HUA HUANG, GARY KIM TING
YEUNG, ZHAOHUA QIAN, ZHIXIN XUE,
GEOFFREY DUYK, JASMINE MARRERO,
CREDIT SUISSE SECURITIES (USA) LLC, HSBC
SECURITIES (USA) INC., PIPER JAFFRAY &
CO., CIBC WORLD MARKETS CORP. and
BROTHERS CAPITAL LIMITED,

                Defendants.

------------------------------------------------------------x

NOTICE OF ENTRY OF APPEARANCE

08-cv-03536

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearances of Paul S. Hessler and the law firm of Linklaters LLP as counsel of record for Defendants Credit Suisse Securities (USA) LLC, HSBC Securities (USA) Inc., Piper Jaffray & Co., and CIBC World Markets Corp. in the above-captioned action.

Dated:     New York, New York
            August 6, 2008

                                      Respectfully submitted,

                                      Linklaters LLP

                                      By:   /s/ Paul S. Hessler
                                      Paul S. Hessler
                                      1345 Avenue of the Americas
                                      New York, NY 10105
                                      (212) 903-9000
                                      (212) 903-9100 (fax)

                                      Attorneys for Defendants Credit Suisse

Securities (USA) LLC, HSBC Securities (USA) Inc., Piper Jaffray & Co., CIBC World Markets Corp.

## CERTIFICATE OF SERVICE

I hereby certify that, on August 6, 2008, I caused a true and correct copy of the foregoing NOTICE OF ENTRY OF APPEARANCE to be filed electronically with the Clerk of the Court on the ECF system, where the document is available for reviewing and downloading.

/s/ Paul S. Hessler
_____
Paul S. Hessler

A09764893/0.0/05 Aug 2008