```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
IN RE:                        :     08 Civ. 3536 (WHP)
                              :
AGRIA CORPORATION             :     ORDER
SECURITIES LITIGATION         :
                              :
                              :
------------------------------X

WILLIAM H. PAULEY III, District Judge:

By letter dated November 7, 2010, a potential class member contacted the Clerk of the Court regarding her eligibility to make a claim under the parties' proposed settlement agreement. A copy of that letter is attached to this order. As the letter makes clear, Plaintiff's counsel referred the class member to the Clerk of the Court.

The Clerk of the Court is not responsible for administering the potential settlement between the parties or responding to inquiries. Accordingly, counsel for Plaintiff is directed to cease referring any questions to the Clerk of the Court. The Clerk of the Court works for the Court, not Plaintiff's counsel.

Dated: November 17, 2010
       New York, New York

                                   SO ORDERED:

                                   _____
                                   WILLIAM H. PAULEY III
                                        U.S.D.J.

*All Counsel of Record*

821 Kodak Drive
Los Angeles, CA 90026

November 7, 2010

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Sir:
This request is in regards to Civil Action No. 1:08-cv-03536-WHP. It is regarding Agria Corporation Securities Litigation.

A representative for the Lead Council for the Plaintiff responded to a letter of query sent by me as to whether the stock I bought under the symbol GRO on June 19 or 2008 would qualify for the class action suit even though the symbol was different from in the notification to claim letter. She said the symbol would qualify as it was the symbol for Agria Corporation. Then she said unless the purchase price was $16.50 it would fail to qualify. My purchase price was less than $16.50 yet I still lost money. I fail to see why someone who lost more than I did can claim their total loss and I would be considered ineligible to make a claim since my loss was less. She referred me to write to the Clerk of the Court to query this and see whether my claim would still be accepted.

The notification letter I received seemed to be unclear about the purchase price having to be $16.50. It mentioned purchase dates specifically and the company name of Agria Corporation. Also in case there are any qualifying Emerging Exchange Traded Funds that I may have owned that had the Agria Corporation stocks, I would like the names of them as I possibly owned Agrie stock in one of these. Do you have a list of such that might qualify for the claim? It seems like you would have an approved list of all qualifying symbols, companies, funds. I had a variety of stocks and funds during the period mentioned. My statements fail to show every stock in a fund. It seems to me that the GRO stock is the main stock from the Agria Corporation I bought and sold back then.

I did buy 36 shares of GRO on June 19, 2010 for $6.68 per share. My sell price was after June 26, 2008. My sale date was June 27, 2008 for $4.84 per share. I lost 67.58% or $80.25. That would be my claim. Though it may be considered small, it would be enough for me to write this query about to see whether I can send in a claim with the chance of recouping my loss. I fail to see why my loss is ineligible just because it was less than other losses. I still bought within that time frame and still suffered a loss and a falling share price. I fail to see why my claim is less eligible just because I lost less. I still lost. The price of the shares still went down and is down even more than when I purchased it. Apparently it was sold at an overpriced amount to me as well. As soon as I saw how it was going down, I sold by June 27, 2008. I may have even put the order in to sell on June 26, 2008. Supposedly the public was aware of the value by about June 27, 2010. That is when I sold to avoid further loss of an apparently overpriced stock.

I ask to be considered for eligibility to claim $80.25. Fortunately it is less than some, though the amount is still enough for me to be interested in. In the case you can let me know my claim could be considered and be eligible, as soon as I hear your reply to make my claim, I would do the paperwork and send in my claim. Let me know whether I may be reconsidered to be eligible.
Sincerely,

*Annette Pratte*
Annette Pratte
821 Kodak Drive
Los Angeles, CA 90026
232-669-8397
annettepratte@sbcglobal.net