UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re AGRIA CORPORATION SECURITIES : Civil Action No. 1:08-cv-03536-WHP
LITIGATION :
: <u>CLASS ACTION</u>
---------------------------------------------------------------- :
: ▬▬▬▬ ORDER FOR
This Document Relates To: : DISBURSEMENT OF FUNDS TO PAY
: CLAIMS ADMINISTRATOR FROM COURT
ALL ACTIONS. : REGISTRY INVESTMENT SYSTEM
---------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/10

588897_1

WHEREAS, as provided in paragraph 2.1 of the Stipulation of Settlement dated August 6, 2010, the Settlement Fund is authorized to pay up to $200,000.00 for costs of class notice and claims administration prior to final court approval of the Stipulation and entry of the Final Judgment;

IT IS HEREBY ORDERED THAT:

1. From the Settlement Fund on deposit with the Court Registry Investment System, the Clerk of the Court shall issue a check payable to Gilardi & Co. LLC in the amount of $35,324.00. The check shall be mailed to Bruce Cozzi, Gilardi & Co. LLC, 3301 Kerner Blvd., San Rafael, California 94901.

DATED: 12/10/10

_____
THE HONORABLE WILLIAM H. PAULEY III
UNITED STATES DISTRICT JUDGE

588897_1