UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――― x
In re AGRIA CORPORATION SECURITIES : Civil Action No. 1:08-cv-03536-WHP
LITIGATION :
 :  CLASS ACTION
―――――――――――――――――――――――――― :
 :  NOTICE OF MOTION AND MOTION FOR
This Document Relates To: :  (1) FINAL APPROVAL OF SETTLEMENT
 :  AND PLAN OF DISTRIBUTION OF
   ALL ACTIONS. :  SETTLEMENT PROCEEDS; AND (2) AN
―――――――――――――――――――――――――― x  AWARD OF ATTORNEYS' FEES AND
 EXPENSES

591390_1

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on January 21, 2011, at 12:00 p.m., at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, or as soon thereafter as counsel may be heard before the Honorable William H. Pauley III, United States District Judge, Lead Plaintiff will and hereby moves for orders and/or judgments (1) finally approving the settlement of this class action and dismissing the litigation with prejudice and approving the Plan of Distribution of settlement proceeds; and (2) awarding Lead Counsel attorneys' fees of 25% of the Settlement Fund plus expenses. Lead Plaintiff's motion is based upon the Memorandum of Law in Support of Motion for Final Approval of Settlement and Plan of Distribution of Settlement Proceeds, the Memorandum of Law in Support of Motion for an Award of Attorneys' Fees and Expenses, the declarations submitted in support thereof, the Stipulation of Settlement, all other pleadings and matters of record, and such additional evidence or argument as may be presented in Lead Plaintiff's motion or at the hearing on Lead Plaintiff's motion.

DATED: December 30, 2010

Respectfully submitted,

ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
ERIN W. BOARDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
eboardman@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART


            s/ Ellen Gusikoff Stewart
_____
         ELLEN GUSIKOFF STEWART

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com

Lead Counsel for Plaintiff

HOLZER, HOLZER & FISTEL, LLC
COREY D. HOLZER
MICHAEL I. FISTEL, JR.
200 Ashford Center North, Suite 300
Atlanta, GA  30338
Telephone:  770/392-0090
770/392-0029 (fax)

DYER & BERENS LLP
ROBERT J. DYER III
JEFFREY A. BERENS
303 East 17th Avenue, Suite 300
Denver, CO  80203
Telephone:  303/861-1764
303/395-0393 (fax)

Additional Counsel for Plaintiffs

591390_1

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2010, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 30, 2010.

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: elleng@rgrdlaw.com

# Mailing Information for a Case 1:08-cv-03536-WHP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey A. Berens**
  jeff@dyerberens.com

- **Larry Byrne**
  larry.byrne@linklaters.com

- **Jarrett Scott Charo**
  jcharo@rgrdlaw.com

- **Jason Samuel Cowart**
  jscowart@pomlaw.com

- **Marshall Pierce Dees**
  mdees@holzerlaw.com

- **James Farrell**
  james.farrell@lw.com

- **Michael Ira Fistel , Jr**
  mfistel@holzerlaw.com,cyoung@holzerlaw.com,cmoore@holzerlaw.com

- **Wendy Peterson Harper**
  wendy.harper@lw.com,larry.carlson@lw.com,james.farrell@lw.com

- **Paul Stephen Hessler**
  paul.hessler@linklaters.com

- **D. Seamus Kaskela**
  skaskela@btkmc.com

- **Fei-Lu Qian**
  flqian@pomlaw.com

- **A. Hyun Rich**
  ally.rich@linklaters.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Ellen Anne Gusikoff Stewart**

elleng@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Robert J. Dyer**                                                                , III
Dyer & Berens L.L.P. (CO)
303 East 17th, Avenue
Suite 300
Denver, CO 80203

**Corey D. Holzer**
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
E-107
Atlanta, GA 30338

**Richard A. Maniskas**
Schiffrin & Barroway L.L.P.
280 King of Prussia Road
Radnor, PA 19087

**David M. Promisloff**
Barroway Topaz Kessler Meltzer & Check,LLP
280 King of Prussia Road
Radnor, PA 19087

**Ellen Gusihoff Stewart**
Robbins Geller Rudman & Dowd LLP (San Diego)
655 West Broadway
Suite 1900
San Diego, CA 92101