UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
─────────────────────────────────────── x
In re AGRIA CORPORATION SECURITIES     : Civil Action No. 1:08-cv-03536-WHP
LITIGATION                             :
                                       : CLASS ACTION
───────────────────────────────────────  :
                                       : DECLARATION OF ELLEN GUSIKOFF
This Document Relates To:              : STEWART FILED ON BEHALF OF
                                       : ROBBINS GELLER RUDMAN & DOWD
      ALL ACTIONS.                     : LLP IN SUPPORT OF MOTION FOR AN
                                       x AWARD OF ATTORNEYS' FEES AND
───────────────────────────────────────  EXPENSES
```

591127_1

I, ELLEN GUSIKOFF STEWART, declare as follows:

1. I am a member of the firm of Robbins Geller Rudman & Dowd LLP. I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2. This firm is Lead Counsel of record for plaintiffs.

3. The identification and background of my firm and its partners is attached hereto as Exhibit A.

4. The total number of hours spent on this litigation by my firm is 921.75. The total lodestar amount for attorney/paraprofessional time based on the firm's current rates is $400,003.75. The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases. A breakdown of the lodestar is as follows:

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Abadou, Ramzi | (P) | 21.00 | 485 | 10,185.00 |
| Gusikoff Stewart, Ellen | (P) | 68.00 | 685 | 46,580.00 |
| Rosenfeld, David | (P) | 115.25 | 575 | 66,268.75 |
| Rudman, Samuel H. | (P) | 41.50 | 745 | 30,917.50 |
| Alba, Mario | (A) | 19.25 | 495 | 9,528.75 |
| Boardman, Erin | (A) | 132.00 | 345 | 45,540.00 |
| Charo, Jarrett | (A) | 13.50 | 495 | 6,682.50 |
| Fitzgerald, Carolina | (A) | 23.25 | 380 | 8,835.00 |
| Kagan, Fainna | (A) | 91.75 | 345 | 31,653.75 |
| Millkey, Mark | (OC) | 76.25 | 670 | 51,087.50 |
| Paralegals | | 257.50 | 275-295 | 74,912.50 |
| Shareholder Relations | | 62.50 | 285 | 17,812.50 |
| **TOTAL** | | **921.75** | | **$400,003.75** |

(P) Partner
(A) Associate
(OC) Of Counsel

591127_1

5. My firm incurred a total of $40,188.79 in expenses in connection with the prosecution of this litigation. They are broken down as follows:

### EXPENSES

### From Inception to December 17, 2010

| EXPENSE CATEGORY | | TOTAL |
|---|---|---|
| Meals, Hotels & Transportation | | $ 923.81 |
| Photocopies | | 1,800.25 |
| Postage | | 167.49 |
| Telephone, Facsimile | | 105.00 |
| Messenger, Overnight Delivery | | 313.46 |
| Filing, Witness & Other Fees | | 2,009.00 |
| Court Reporters | | 162.40 |
| Lexis, Westlaw, Online Library Research | | 5,776.88 |
| Class Action Notices/Business Wire | | 833.00 |
| Experts/Consultants/Investigators | | 28,097.50 |
| **Outside:** | | |
| Legal Language Services | $3,910.00 | |
| Lily Haggerty | 515.00 | |
| **In-House:** | | |
| Economic/Damage Analysts | 12,155.00 | |
| Investigators | 11,517.50 | |
| **TOTAL** | | **$ 40,188.79** |

6. The following is additional information regarding these expenses:

    (a) the firm incurred expenses of $162.40 for amounts paid to court reporters for transcripts of court hearings and depositions.

| DATE | VENDOR |
|---|---|
| 12/28/08 | Speakwrite LLC |
| 07/23/09 | Southern District of New York Business Service |

    (b) Filing, Witness and Other Fees: $2,009.00.

| DATE | VENDOR |
|---|---|
| 04/14/08 | Gary McClurg |
| 04/24/08 | Clerk of the Court |
| 04/28/08 | D&D Process Service, Inc. |
| 05/19/08 | Gary McClurg |
| 06/24/08 | Class Action Research & Litigation Support Services |

591127_1

| DATE | VENDOR |
|---|---|
| 11/19/08 | D&D Process Service, Inc. |
| 02/06/09 | D&D Process Service, Inc. |
| 02/20/09 | D&D Process Service, Inc. |
| 03/05/09 | Clerk of the Court |
| 05/26/09 | D&D Process Service, Inc. |
| 06/16/09 | Class Action Research & Litigation Support Services |
| 07/06/10 | Clerk, U.S. District Court |
| 07/08/10 | Clerk of the Court |

(c)     Meals, Hotels and Transportation: $923.81. Expenses meals, hotels and transportation were incurred for the following purposes:

| NAME | DATE | DESTINATION | PURPOSE |
|---|---|---|---|
| Rosenfeld, David | 12/10/08 | New York, NY | Attend oral argument on motion to remand |
| Rosenfeld, David | 01/09/09 | New York, NY | Attend conference |
| Rosenfeld, David | 07/10/09 | New York, NY | Attend oral argument |
| Capeci, Michael | 07/10/09 | New York, NY | Attend hearing on motion to dismiss |
| Rosenfeld, David | 12/18/09 | New York, NY | Attend court conference |

(d)     Lexis, Westlaw, Online Library Research: $5,776.88. These included vendors such as Disclosure, Inc., Dow Jones Interactive, Dow Jones & Co., Inc., Lexis Nexis, CDA Investment Technologies, Pacer Service Center, West Publishing Corporation, and Choice Point. These databases were used to obtain access to SEC filings, legal research and cite-checking of briefs. The charges for these vendors vary depending upon the type of services requested.

7.     The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records and other documents and are an accurate record of the expenses.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of December, 2010, at San Diego, California.

*[signature]*
ELLEN GUSIKOFF STEWART

- 3 -

591127_1

CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2010, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 30, 2010.

s/ Ellen Gusikoff Stewart  
ELLEN GUSIKOFF STEWART

ROBBINS GELLER RUDMAN  
& DOWD LLP  
655 West Broadway, Suite 1900  
San Diego, CA 92101-3301  
Telephone: 619/231-1058  
619/231-7423 (fax)

E-mail: elleng@rgrdlaw.com

# Mailing Information for a Case 1:08-cv-03536-WHP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey A. Berens**
  jeff@dyerberens.com

- **Larry Byrne**
  larry.byrne@linklaters.com

- **Jarrett Scott Charo**
  jcharo@rgrdlaw.com

- **Jason Samuel Cowart**
  jscowart@pomlaw.com

- **Marshall Pierce Dees**
  mdees@holzerlaw.com

- **James Farrell**
  james.farrell@lw.com

- **Michael Ira Fistel , Jr**
  mfistel@holzerlaw.com,cyoung@holzerlaw.com,cmoore@holzerlaw.com

- **Wendy Peterson Harper**
  wendy.harper@lw.com,larry.carlson@lw.com,james.farrell@lw.com

- **Paul Stephen Hessler**
  paul.hessler@linklaters.com

- **D. Seamus Kaskela**
  skaskela@btkmc.com

- **Fei-Lu Qian**
  flqian@pomlaw.com

- **A. Hyun Rich**
  ally.rich@linklaters.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Ellen Anne Gusikoff Stewart**

elleng@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Robert J. Dyer**, III
Dyer & Berens L.L.P. (CO)
303 East 17th, Avenue
Suite 300
Denver, CO 80203

**Corey D. Holzer**
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
E-107
Atlanta, GA 30338

**Richard A. Maniskas**
Schiffrin & Barroway L.L.P.
280 King of Prussia Road
Radnor, PA 19087

**David M. Promisloff**
Barroway Topaz Kessler Meltzer & Check,LLP
280 King of Prussia Road
Radnor, PA 19087

**Ellen Gusihoff Stewart**
Robbins Geller Rudman & Dowd LLP (San Diego)
655 West Broadway
Suite 1900
San Diego, CA 92101