UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re AGRIA CORPORATION SECURITIES LITIGATION | x<br>: Civil Action No. 1:08-cv-03536-WHP<br>:<br>: CLASS ACTION<br>: |
| This Document Relates To:<br><br>    ALL ACTIONS. | : REPLY MEMORANDUM IN SUPPORT OF<br>: LEAD PLAINTIFF'S MOTION FOR (1)<br>: FINAL APPROVAL OF SETTLEMENT AND<br>x PLAN OF DISTRIBUTION OF<br>  SETTLEMENT PROCEEDS; AND (2) AN<br>  AWARD OF ATTORNEYS' FEES AND<br>  EXPENSES |

593566_1

Pursuant to the Court's September 20, 2010 Order preliminarily approving the settlement of the above-captioned litigation, and as a supplement to the initial filing made by Lead Plaintiff and Lead Counsel on December 30, 2010, Lead Plaintiff respectfully submits to the Court the following information regarding the status of any objections received.

As set forth in the Declaration of Carole K. Sylvester Re A) Mailing of the Notice of Pendency and Proposed Settlement of Class Action and the Proof of Claim and Release Form, B) Publication of the Summary Notice, and C) Internet Posting, filed with the Court on December 30, 2010, a total of 19,344 notice packages were sent to potential Class Members. The deadline for filing objections to the Settlement, Plan of Distribution of settlement proceeds, and attorneys' fee and expense request by Lead Plaintiff's counsel expired on January 7, 2011, and no such objections were filed by Class Members.

For the reasons set forth in his previously submitted memoranda, and following an extensive notice program in response to which no objections were filed, Lead Plaintiff respectfully submits that the Settlement is a very good result for the Class and the proposed Plan of Distribution of settlement proceeds is a fair and equitable method for distributing the Net Settlement Fund. Therefore, both should be approved as fair, reasonable, and adequate. Finally, the fee and expense

593566_1

request by Lead Counsel is reasonable under the circumstances and should be awarded in the amounts sought.

DATED: January 14, 2011              Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
ERIN W. BOARDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
eboardman@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com

Lead Counsel for Plaintiff

HOLZER, HOLZER & FISTEL, LLC
COREY D. HOLZER
MICHAEL I. FISTEL, JR.
200 Ashford Center North, Suite 300
Atlanta, GA 30338
Telephone: 770/392-0090
770/392-0029 (fax)

593566_1

DYER & BERENS LLP
ROBERT J. DYER III
JEFFREY A. BERENS
303 East 17th Avenue, Suite 300
Denver, CO  80203
Telephone:  303/861-1764
303/395-0393 (fax)

Additional Counsel for Plaintiffs

Case 1:08-cv-03536-WHP   Document 86   Filed 01/14/11   Page 5 of 7

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 14, 2011.

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

ROBBINS GELLER RUDMAN
 & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: elleng@rgrdlaw.com

# Mailing Information for a Case 1:08-cv-03536-WHP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey A. Berens**
  jeff@dyerberens.com

- **Larry Byrne**
  larry.byrne@linklaters.com

- **Jarrett Scott Charo**
  jcharo@rgrdlaw.com

- **Jason Samuel Cowart**
  jscowart@pomlaw.com

- **Marshall Pierce Dees**
  mdees@holzerlaw.com

- **James Farrell**
  james.farrell@lw.com

- **Michael Ira Fistel , Jr**
  mfistel@holzerlaw.com,cyoung@holzerlaw.com,cmoore@holzerlaw.com

- **Wendy Peterson Harper**
  wendy.harper@lw.com,larry.carlson@lw.com,james.farrell@lw.com

- **Paul Stephen Hessler**
  paul.hessler@linklaters.com

- **D. Seamus Kaskela**
  skaskela@btkmc.com

- **Fei-Lu Qian**
  flqian@pomlaw.com

- **A. Hyun Rich**
  ally.rich@linklaters.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Ellen Anne Gusikoff Stewart**

elleng@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Robert J. Dyer**, III
Dyer & Berens L.L.P. (CO)
303 East 17th, Avenue
Suite 300
Denver, CO 80203

**Corey D. Holzer**
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
E-107
Atlanta, GA 30338

**Richard A. Maniskas**
Schiffrin & Barroway L.L.P.
280 King of Prussia Road
Radnor, PA 19087

**David M. Promisloff**
Barroway Topaz Kessler Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087

**Ellen Gusihoff Stewart**
Robbins Geller Rudman & Dowd LLP (San Diego)
655 West Broadway
Suite 1900
San Diego, CA 92101