UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re AGRIA CORPORATION SECURITIES : Civil Action No. 1:08-cv-03536-WHP
LITIGATION                        :
                                  : CLASS ACTION
---------------------------------------------------------
                                  :
This Document Relates To:         : LEAD PLAINTIFF'S MOTION FOR
                                  : DISBURSEMENT OF FUNDS FROM COURT
     ALL ACTIONS.                 : REGISTRY INVESTMENT SYSTEM FOR
                                  : PAYMENT OF 2010 YEAR END TAXES
---------------------------------------------------------x

610734_1

Nijat Tonyaz ("Lead Plaintiff") respectfully requests that the Court enter an Order directing the Clerk of the Court to disburse $557.00, payable to Robbins Geller Rudman & Dowd LLP, from the Agria Settlement Fund in this action on deposit with the Court Registry Investment System ("CRIS") in order to timely make the electronic payment for the 2010 year end taxex owed on the Fund. A copy of the statement from Damasco & Associates LLP, Accountancy and Consulting, is attached hereto as Exhibit A.

Lead Plaintiff requests that the Court direct the Clerk to send such check via overnight delivery to:

Patrick T. Waters, Settlement Fund Manager
Robbins Geller Rudman & Dowd LLP
655 W. Broadway, Suite 1900
San Diego, CA 92101

DATED: March 1, 2011

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
ERIN W. BOARDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
eboardman@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

- 1 -

610734_1

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com

Lead Counsel for Plaintiff

HOLZER, HOLZER & FISTEL, LLC
COREY D. HOLZER
MICHAEL I. FISTEL, JR.
200 Ashford Center North, Suite 300
Atlanta, GA 30338
Telephone: 770/392-0090
770/392-0029 (fax)

DYER & BERENS LLP
ROBERT J. DYER III
JEFFREY A. BERENS
303 East 17th Avenue, Suite 300
Denver, CO 80203
Telephone: 303/861-1764
303/395-0393 (fax)

Additional Counsel for Plaintiffs

**EXHIBIT A**



**DAMASCO & ASSOCIATES LLP**
ACCOUNTANCY AND CONSULTING

700 MONTE VISTA LANE
HALF MOON BAY, CA 94019

TELEPHONE: 650-726-4100
FACSIMILE: 650-726-4199
SAN FRANCISCO: 415-217-4900

MEMBER
AMERICAN INSTITUTE OF
CERTIFIED PUBLIC ACCOUNTANTS
TAX DIVISION AND
PRIVATE COMPANIES PRACTICE SECTION

CALIFORNIA SOCIETY OF
CERTIFIED PUBLIC ACCOUNTANTS

January 12, 2011

Patrick Waters
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

*via Federal Express*

**RE:   AGRIA SETTLEMENT FUND**

Dear Patrick:

Enclosed is the 2010 US income tax return. This return should be signed and dated where indicated and filed **no later than March 15, 2011**. A preaddressed filing envelope is enclosed. We recommend filing this return via certified mail with return receipt requested. An electronic copy of this return will be provided to you once all of your firm's Settlement Fund returns have been prepared.

Also enclosed is Form 8842 which should be signed, dated and mailed in the envelope attached **by April 18, 2011**. It is necessary to file this form with the IRS to describe the method of calculating the quarterly estimated tax payments for the Fund.

There is a **balance due** in the amount of $557. The taxes should be paid through the Electronic Federal Tax Payment System. The payment must be scheduled one business day prior to the filing deadline. Please schedule the payment **on or before March 14, 2011**.

If you receive any correspondence indicating an unexpected tax due, please forward the correspondence to me before remitting payment so I may respond and, if appropriate, request abatement of any assessed penalties.

Please call me if you have any questions.

Sincerely,
**DAMASCO & ASSOCIATES LLP**

Jude P. Damasco

JGM:dmt

Enclosures

F:\Z tax transmittal letters\2010\Agria Settlement Fund.doc

Printed on 100% post consumer recycled paper with soy based inks at a 100% wind powered shop.

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 1, 2011.

                                        s/ Ellen Gusikoff Stewart
                                        ELLEN GUSIKOFF STEWART

                                        ROBBINS GELLER RUDMAN
                                              & DOWD LLP
                                        655 West Broadway, Suite 1900
                                        San Diego, CA  92101-3301
                                        Telephone:  619/231-1058
                                        619/231-7423 (fax)

                                        E-mail:  EllenG@rgrdlaw.com

# Mailing Information for a Case 1:08-cv-03536-WHP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey A. Berens**
  jeff@dyerberens.com

- **Larry Byrne**
  larry.byrne@linklaters.com

- **Jarrett Scott Charo**
  jcharo@rgrdlaw.com

- **Jason Samuel Cowart**
  jscowart@pomlaw.com

- **Marshall Pierce Dees**
  mdees@holzerlaw.com

- **James Farrell**
  james.farrell@lw.com

- **Michael Ira Fistel , Jr**
  mfistel@holzerlaw.com,cyoung@holzerlaw.com,cmoore@holzerlaw.com

- **Wendy Peterson Harper**
  wendy.harper@lw.com,larry.carlson@lw.com,james.farrell@lw.com

- **Paul Stephen Hessler**
  paul.hessler@linklaters.com

- **D. Seamus Kaskela**
  skaskela@btkmc.com

- **Fei-Lu Qian**
  flqian@pomlaw.com

- **A. Hyun Rich**
  ally.rich@linklaters.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Ellen Anne Gusikoff Stewart**

elleng@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Robert J. Dyer**, III
Dyer & Berens L.L.P. (CO)
303 East 17th, Avenue
Suite 300
Denver, CO 80203

**Corey D. Holzer**
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
E-107
Atlanta, GA 30338

**Richard A. Maniskas**
Schiffrin & Barroway L.L.P.
280 King of Prussia Road
Radnor, PA 19087

**David M. Promisloff**
Barroway Topaz Kessler Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087

**Ellen Gusihoff Stewart**
Robbins Geller Rudman & Dowd LLP (San Diego)
655 West Broadway
Suite 1900
San Diego, CA 92101