UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
In re AGRIA CORPORATION SECURITIES : Civil Action No. 1:08-cv-03536-WHP
LITIGATION :
  : CLASS ACTION
———————————————————— :
  :
This Document Relates To: : [PROPOSED] ORDER FOR
  : DISBURSEMENT OF FUNDS FROM COURT
ALL ACTIONS. : REGISTRY INVESTMENT SYSTEM FOR
———————————————————— x PAYMENT OF 2010 YEAR END TAXES

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/11
```

610739_1

WHEREAS, as provided in paragraph 2.6 of the Stipulation of Settlement dated August 6, 2010, Lead Counsel is responsible for the payment of taxes and tax expenses from the Settlement Fund;

IT IS HEREBY ORDERED THAT:

1. From the Settlement Fund on deposit with the Court Registry Investment System, the Clerk of the Court shall issue a check payable to Robbins Geller Rudman & Dowd LLP in the amount of $557.00. The check shall sent via overnight delivery to Patrick T. Waters, Settlement Fund Manager, Robbins Geller Rudman & Dowd LLP, 655 W. Broadway, Suite 1900, San Diego, CA 92101. Lead Counsel shall provide the Clerk of the Court with their overnight delivery account number.

DATED: 3/4/11

_____
THE HONORABLE WILLIAM H. PAULEY III
UNITED STATES DISTRICT JUDGE

610739_1