

DUPLICATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
In re AGRIA CORPORATION SECURITIES : Civil Action No. 1:08-cv-03536-WHP
LITIGATION :
: CLASS ACTION
———————————————————— :
:       ORDER FOR
This Document Relates To: : DISBURSEMENT OF FUNDS TO PAY
: CLAIMS ADMINISTRATOR FROM COURT
   ALL ACTIONS. : REGISTRY INVESTMENT SYSTEM
———————————————————— x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/11

612342_1

WHEREAS, as provided in paragraph 2.1 of the Stipulation of Settlement dated August 6, 2010, the Settlement Fund is authorized to pay up to $200,000.00 for costs of class notice and claims administration prior to final court approval of the Stipulation and entry of the Final Judgment. To date the Court has authorized one payment in the amount of $35,324.00 towards payment of class notice and claims administration;

IT IS HEREBY ORDERED THAT:

1.  From the Settlement Fund on deposit with the Court Registry Investment System, the Clerk of the Court shall issue a check payable to Gilardi & Co. LLC in the amount of $61,071.51 for payment of its December 30, 2010, January 31, 2011 and February 28, 2011 invoices. The check shall be mailed to Bruce Cozzi, Gilardi & Co. LLC, 3301 Kerner Blvd., San Rafael, CA 94901.

DATED: 3/25/11

THE HONORABLE WILLIAM H. PAULEY III
UNITED STATES DISTRICT JUDGE

- 1 -

612342_1