UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re AGRIA CORPORATION SECURITIES : Civil Action No. 1:08-cv-03536-WHP
LITIGATION :
: CLASS ACTION
------------------------------------------------------------
:
This Document Relates To: : ▮▮▮▮▮ ORDER OF DISMISSAL WITH
: PREJUDICE
    ALL ACTIONS. :
------------------------------------------------------------ x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/11
```

595433_1

IT IS HEREBY ORDERED that all claims asserted by the Lead Plaintiff and the Class in the above-captioned action against Unserved Defendants Brothers Capital Limited, Jivran Zhao, Shangzhong Xu, Guanglin Lai, Kenneth Hua Huang, Gary Tim Ting Yeung, Zhaohua Qian and Zhixin Xue are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: June 7, 2011

THE HONORABLE WILLIAM H. PAULEY III
UNITED STATES DISTRICT JUDGE

595433_1