UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- x
In re AGRIA CORPORATION SECURITIES : Civil Action No. 1:08-cv-03536-WHP
LITIGATION                                                  :
                                                            : CLASS ACTION
                                                            :
This Document Relates To:                                   : LEAD PLAINTIFF'S MOTION FOR
                                                            : DISBURSEMENT OF FUNDS FROM COURT
       ALL ACTIONS.                                         : REGISTRY INVESTMENT SYSTEM FOR
                                                            : PAYMENT TO DAMASCO & ASSOCIATES
--------------------------------------------------------------- x LLP FOR TAX RELATED SERVICES

634811_1

Nijat Tonyaz ("Lead Plaintiff") respectfully requests that the Court enter an Order directing the Clerk of the Court to disburse $1,831.66 payable to Damasco & Associates LLP from the Agria Settlement Fund in this action on deposit with the Court Registry Investment System ("CRIS") for payment of tax related services. A copy of Damasco & Associates LLP's Invoice No. 26245 is attached hereto as Exhibit 1.

Lead Plaintiff requests that the Court direct the Clerk to send such check to:

Jude Damasco
Damasco & Associates LLP
700 Monte Vista Lane
Half Moon Bay, CA 94019

DATED: June 30, 2011

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
ERIN W. BOARDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
eboardman@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com

- 1 -

634811_1

Lead Counsel for Plaintiff

HOLZER, HOLZER & FISTEL, LLC
COREY D. HOLZER
MICHAEL I. FISTEL, JR.
200 Ashford Center North, Suite 300
Atlanta, GA 30338
Telephone: 770/392-0090
770/392-0029 (fax)

DYER & BERENS LLP
ROBERT J. DYER III
JEFFREY A. BERENS
303 East 17th Avenue, Suite 300
Denver, CO 80203
Telephone: 303/861-1764
303/395-0393 (fax)

Additional Counsel for Plaintiffs

**EXHIBIT 1**

# Damasco & Associates LLP

700 Monte Vista Lane
Half Moon Bay, CA  94019
650-726-4100
FEIN 20-3042202

*Patrick Waters*
*Agria Settlement Fund*
*655 West Broadway, Suite 1900*
*San Diego, CA  92101*

*Invoice No.*   26245
*Date*          Thursday, March 03, 2011
*Client No.*    008937

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/03/2010 | Tax Estimates | Mandeville | 0.10 | $   23.00 |
| 11/17/2010 | Obtain Data<br>Obtain Court documents for file & request CRIS statements for client. | Murphy | 0.40 | 24.00 |
| 11/19/2010 | Obtain Data<br>Request CRIS statements again, then forward to client via email. | Murphy | 0.20 | 12.00 |
| 11/22/2010 | Tax Estimates | Mandeville | 0.30 | 69.00 |
| 12/13/2010 | Obtain Data<br>Request CRIS statement and send copy to client upon receipt. | Murphy | 0.20 | 16.00 |
| 01/11/2011 | Tax Return Preparation | Mandeville | 1.10 | 253.00 |
| 01/11/2011 | Obtain Data<br>Request December 2010 CRIS statements from Court & transmit them to client. | Murphy | 0.10 | 8.00 |
| 01/12/2011 | Tax Return Review | Damasco, JP | 1.50 | 787.50 |
| 02/10/2011 | Obtain Data<br>Request Jan. 2011 CRIS statements & transmit to client upon receipt. | Murphy | 0.10 | 8.00 |
| | | Total For Services | | 1,200.50 |
| 01/01/2011 | Annual Administration | | $   625.00 | |
| 01/17/2011 | Court Document Retrieval | | 6.08 | |
| 01/19/2011 | Court Document Retrieval | | 0.08 | |
| | | Total For Expenses | | 631.16 |
| | | Current Amount Due | | 1,831.66 |
| | | Past Due Balance | | 0.00 |
| | | Total Amount Due | | $   1,831.66 |

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 30, 2011.

                                                         s/ Ellen Gusikoff Stewart
                                                        ELLEN GUSIKOFF STEWART

                                                        ROBBINS GELLER RUDMAN
                                                               & DOWD LLP
                                                        655 West Broadway, Suite 1900
                                                        San Diego, CA  92101-3301
                                                        Telephone: 619/231-1058
                                                        619/231-7423 (fax)

                                                        E-mail: EllenG@rgrdlaw.com

634811_1

# Mailing Information for a Case 1:08-cv-03536-WHP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey A. Berens**
  jeff@dyerberens.com

- **Larry Byrne**
  larry.byrne@linklaters.com

- **Jarrett Scott Charo**
  jcharo@rgrdlaw.com

- **Jason Samuel Cowart**
  jscowart@pomlaw.com

- **Marshall Pierce Dees**
  mdees@holzerlaw.com

- **James Farrell**
  james.farrell@lw.com

- **Michael Ira Fistel , Jr**
  mfistel@holzerlaw.com,cyoung@holzerlaw.com,cmoore@holzerlaw.com

- **Wendy Peterson Harper**
  wendy.harper@lw.com,larry.carlson@lw.com,james.farrell@lw.com

- **Paul Stephen Hessler**
  paul.hessler@linklaters.com

- **D. Seamus Kaskela**
  skaskela@ktmc.com

- **Fei-Lu Qian**
  flqian@pomlaw.com

- **A. Hyun Rich**
  ally.rich@linklaters.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Ellen Anne Gusikoff Stewart**

elleng@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Robert J. Dyer**                                                                 , III
Dyer & Berens L.L.P. (CO)
303 East 17th, Avenue
Suite 300
Denver, CO 80203

**Corey D. Holzer**
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
E-107
Atlanta, GA 30338

**Richard A. Maniskas**
Schiffrin & Barroway L.L.P.
280 King of Prussia Road
Radnor, PA 19087

**David M. Promisloff**
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087

**Ellen Gusihoff Stewart**
Robbins Geller Rudman & Dowd LLP (San Diego)
655 West Broadway
Suite 1900
San Diego, CA 92101