UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――― x
In re AGRIA CORPORATION SECURITIES : Civil Action No. 1:08-cv-03536-WHP
LITIGATION                        :
                                  : CLASS ACTION
―――――――――――――――――――――― :
                                  :
This Document Relates To:         : [PROPOSED] ORDER FOR
                                  : DISBURSEMENT OF FUNDS FROM COURT
     ALL ACTIONS.                 : REGISTRY INVESTMENT SYSTEM FOR
                                  x PAYMENT TO DAMASCO & ASSOCIATES
―――――――――――――――――――――― LLP FOR TAX RELATED SERVICES

RECEIVED
JUL - 1 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/11

634815_1

WHEREAS, as provided in paragraph 2.6 of the Stipulation of Settlement dated August 6, 2010, Lead Counsel is responsible for the payment of taxes and tax expenses from the Settlement Fund;

IT IS HEREBY ORDERED THAT:

1. From the Settlement Fund on deposit with the Court Registry Investment System, the Clerk of the Court shall issue a check payable to Damasco & Associates LLP in the amount of $1,831.66. The check shall sent to Jude Damasco, Damasco & Associates LLP, 700 Monte Vista Lane, Half Moon Bay, CA 94019.

DATED: July 8, 2011

THE HONORABLE WILLIAM H. PAULEY III
UNITED STATES DISTRICT JUDGE

- 1 -

634815_1