UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
                                   :
IN RE:                             :     08 Civ. 3536 (WHP)
                                   :
AGRIA CORPORATION                  :     ORDER
SECURITIES LITIGATION              :
                                   :
                                   :
----------------------------------X

WILLIAM H. PAULEY III, District Judge:

       The Clerk of the Court is directed to terminate the motions pending at Docket Nos. 87, 91, and 96. This Court has already issued orders resolving those motions.

Dated: August 3, 2011
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*All Counsel of Record*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/11
```