UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- x
In re AGRIA CORPORATION SECURITIES   : Civil Action No. 1:08-cv-03536-WHP
LITIGATION                                                          :
                                                                            : CLASS ACTION
-----------------------------------------------------------   :
                                                                            :
This Document Relates To:                                  : [~~~~~~~~~] ORDER PERMITTING
                                                                            : DISTRIBUTION OF NET SETTLEMENT
        ALL ACTIONS.                                       : FUND TO GILARDI & CO. LLC FOR
                                                                            x PAYMENT TO AUTHORIZED CLAIMANTS
----------------------------------------------------------- x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/12
```

694157_1

WHEREAS, on January 3, 2012, the Court approved distribution of the Net Settlement Fund to Class Members (Docket No. 105);

IT IS HEREBY ORDERED THAT:

1. Lead Counsel shall provide an overnight delivery account number to the Court Registry staff.

2. Following payment to Gilardi & Co. LLC of $48,478.69 ~~*redacted*~~ for its fees and expenses, which is payable pursuant to a separate Order, the balance of the CRIS Account shall be payable in the form of a U.S. Treasury check made payable to Gilardi & Co. LLC, and sent, via overnight delivery to: Gilardi & Co. LLC, Attn: Bruce Cozzi, 3301 Kerner Blvd., San Rafael, CA 94901. Gilardi & Co. LLC shall thereafter distribute such funds in a manner consistent with the terms of the Court's January 3, 2012 Order, which is incorporated herein.

DATED: March 19, 2012

_____
THE HONORABLE WILLIAM H. PAULEY, III
UNITED STATES DISTRICT JUDGE